## SHAW v. GEORGIA RAILROAD AND BANKING COMPANY.

SIMMONS, C. J.   Without reference to any error of law alleged to have been committed upon the trial, the evidence convicts the deceased of gross negligence and acquits the defendant company of negligence; and the verdict of the jury, being in accord therewith, will not be disturbed.

*Judgment affirmed. All the Justices concurring, except Fish, J., disqualified.*

Argued June 12,—Decided July 10, 1897.

Action for damages. Before Judge Candler. Newton superior court. September term, 1896.

*E. W. Martin* and *E. F. Edwards*, for plaintiff.
*Joseph B. & Bryan Cumming* and *J. M. Pace*, for defendant.

---

## CENTRAL OF GEORGIA RAILWAY COMPANY v. PLUNKETT.

102b 577
s105 203

ATKINSON, J.   The declaration set forth a cause of action, and the court did not err in overruling the general demurrer filed by the defendant.

*Judgment affirmed. All the Justices concurring.*

Argued June 14,—Decided July 10, 1897.

Action for damages. Before Judge Eve. City court of Richmond county. May term, 1896.

*Black & Verdery* and *Hamilton Phinizy*, for plaintiff in error.
*J. S. & W. T. Davidson*, contra.